```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**JESSE PETTAWAY, JR.,**          :

    **Petitioner,**              :

**v.**                             :          **CIVIL ACTION 06-00491-WS-B**

**WARDEN ARNOLD HOLT,**            :

    **Respondent.**              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for lack of jurisdiction because the habeas petition is successive as defined by 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 18th day of October, 2007.

                                                  s/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE