```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **JESSE PETTAWAY, JR.,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 06-00491-WS-B |
| **WARDEN ARNOLD HOLT,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that the petition in this action be and is hereby **DISMISSED** with prejudice for lack of jurisdiction because the habeas petition is successive as defined by 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 18th day of October, 2007.

```
                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE
```